RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Jose Alfredo Nuno

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00211-RFB |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SUPPLEMENT TO MOTION FOR SENTENCE REDUCTION (ECF 64)** |
| v. | |
| JOSE ALFREDO NUNO, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Courtney Strange, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Jose Alfredo Nuno, request that the due date for the Supplement to Motion for Sentence Reduction (ECF 64) be extended from September 19, 2025 to October 20, 2025.

This Stipulation is entered into for the following reasons:

1.     Defense needs time to consult with her client and investigate certain facts before supplementing his request for a Reduction in Sentence.

2.     The parties agree to the continuance.

1          This is the first request for a continuance.

2          DATED this 18th day of September, 2025.

3

4    RENE L. VALLADARES                    SIGAL CHATTAH
     Federal Public Defender              Acting United States Attorney

5

6

     By */s/ Heidi A. Ojeda*              By */s/ Courtney Strange*

7    HEIDI A. OJEDA                        COURTNEY STRANGE
     Assistant Federal Public Defender    Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JOSE ALFREDO NUNO,

        Defendant.

Case No. 2:15-CR-00211-RFB

**ORDER**

    IT IS THEREFORE ORDERED that the Supplement to Motion for Sentence Reduction (ECF 64) is extended to October 20, 2025.

    DATED this 19th day of September, 2025.

_____

UNITED STATES DISTRICT JUDGE

3