RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_Penn@fd.org

Attorney for Jose Alfredo Nuno

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE ALFREDO NUNO,<br>Defendant. | Case No. 2:15-cr-00211-RFB<br>**Stipulation to Continue Deadline for Reply to Response to Supplemental to Motion for Sentence Reduction**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Attorney General of the United States, Todd Blanche, and Courtney Strange, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Jose Alfredo Nuno, request that the due date for Mr. Nuno's Reply to Response to Supplement to Motion for Sentence Reduction (ECF No. 64), be extended from August 29, 2026, to October 28, 2026.

This Stipulation is entered into for the following reasons:

1. In the last request, defense counsel detailed how prison medical records were needed to complete the pleading.

2. Defense counsel has received some medical records, but is still in need of records from when the defendant was detained in Nevada Southern Detention Center.

3. Additional time is needed to allow for the records to be received, reviewed, and incorporated into the pleading.

4. Per office policy, defense counsel is required to have all pleadings reviewed by a second attorney. The additional amount of time would allow for this as well.

5. The additional time requested by the stipulation is made in good faith and not for purposes of delay.

This is the third request for a continuance of this pleading.

DATED this 28th day of August 2026.

RENE L. VALLADARES
Federal Public Defender

By *<u>/s/ Dawn A. Penn</u>*
DAWN A. PENN
Assistant Federal Public Defender

TODD BLANCHE
Attorney General of the United States

By *<u>/s/ Courtney Strange</u>*
COURTNEY STRANGE
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE ALFREDO NUNO,<br>Defendant. | Case No. 2:15-cr-00211-RFB<br>ORDER |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Reply to Response to Supplement to Motion for Sentence Reduction, that the Defendant's deadline to file his Supplement is extended to October 28, 2026.

DATED this 16th day of June 2026.

UNITED STATES DISTRICT JUDGE